**DEBTOR:** Alvin G & Ora L Grant          **CASE NO.:** 17-20795-PRW
**ATTORNEY:** Peter Grubea, Esq.          **ATTORNEY FEES:**          $ 4500
                                          **Additional Attorney Fees:** $

I.    **TRUSTEE RECOMMENDATION:**          _____ Plan Recommended          __X___ Plan Not Recommended

II.   **PLAN FILED DATE:**    7/24/17 (ECF BK No. 3 )
      A.    **PAYMENTS:**                    $700          per month voluntary; plus $15,000 from sale of
                                                          855 Avenue D by 7/24/18.

      B.    **REPAYMENT:**
            To secured creditors          $ 52,010          with interest $70,435
            To priority creditors         $  3,311
            To unsecured creditors        $  0              est.  %
            General unsecured debt        $ 29,669  (UIB)
            Duration of Plan                    5 +          years
            Total Scheduled Debt          $207,628          incl. mortgages

      C.    **FEASIBILITY:**
            Monthly Income                $3550          (net) $ 3550          (gross)
            Less Estimated Expenses       $2778
            Excess for Wage Plan          $ 772

      D.    **OBJECTIONS to Confirmation:**  1. The task list filed on
            8/30/17 has not been completed.
            2. The plan does not meet the liquidation test.
            3. The plan proposes to surrender property jointly owned
            with their son, which has equity.  Property with equity cannot
            be surrendered.
             4. The plan estimates $15,000 from the sale of 855 Avenue D.
            However, LVNV has filed a $15,343.00 judgment claim which
            wipes out any net proceeds from that sale and renders the
            sale impossible to complete without the consent of all lienors.
            5. The plan must address the arrearage claim filed by Chase Bank.
            6.  The interest rate to be paid to ESL on the 2009 Chrysler
            exceeds the Till Rate plus Risk Factor 3.

      E.    **Other comments:**
            ☐  risk factor 3 because of prior bankrupcies
            ☐  need judgments removed                          ☐  need mortgages eliminated
            ☐  need appraisals of real estate and personal property    ☐  need motions to value collateral
            ☐  need certification of post petition DSO payments.       ☐  need proof of surrender efforts
            ☐  other:

III.  **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

- 1 -

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Propel | $ 1,315.42 | 19 Merrill | Yes | Full + 18% | $ 34 |
| Propel | $ 1,449.39 | 855 Avenue D | Yes | Paid on sale | |
| LVNV | $ 15,343.74 | Judgment | Yes | None | |
| ESL | $ 8,085.91 | '09 Chrysler | Yes | Full + 7% | $120 |
| City of Rochester | $ 210.65 | Water charges | Yes | Full + 12% | $ 30 |
| County of Monroe | $ 15,626.00 | R/P taxes | Yes | Full + 18% | $397 |
| Caliber | No claim | Mortgage 105 Bowman | Yes | Surrender – Stay lifted | |
| Chase | $123,749 | Arrears | Yes | None (POC: $1473.84) | |

IV.  **SPECIAL PLAN PROVISIONS:**
   A.  CLASSIFICATION of unsecured creditors:  *Not applicable*

   | | | |
   |---|---|---|
   | Class 1: | % | $ |
   | Class 2: | % | $ |
   | Class 3 | % | $ |

   B.  Rejection of executory contracts:
   C.  Other Plan Provisions:

V.  **BEST INTEREST TEST:**
   A.  All assets were listed.
   B.  Total market value of assets:                              $289,430
       Less valid liens                       $231,889
       Less exempt property                   $ 45,864
       (Available for judgment liens )
       Subtotal                               $ 11,677
       Less est. Chapter 7 fees               $  1,918
   C.  Total available in liquidation                        $ 9,759
   D.  Best interests including present value                $10,832
       Less priority claims                   $ 3,311
       (Support $            )
   E.  Amount due to unsecured                              $ 7,521
   F.  Amount to be distributed to unsecured creditors      $  0
   G.  Nature of major non-exempt assets:

VI.  **OTHER:**
   A.  Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
   B.  Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
   C.  (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
   D.  Debtor requests no wage order because:    __X__ disability or retirement,  __X__ self employed, _____ risk of job loss,  _____ other
   E.  Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE